## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>     v.<br><br>MIGUEL PEREZ-ALVARADO,<br><br>                  Defendant. | CR NO: 2:11-CR-00238-JAM |

**FILED**
JUL 30 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: MIGUEL PEREZ-ALVARADO
Detained at: Deuel Vocational Institution (DVI)

Detainee is:
- a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
  charging detainee with: Deported Alien Found in the United States
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☐ return to the custody of detaining facility upon termination of proceedings
- or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Nirav Desai |
| Printed Name & Phone No: | AUSA Nirav Desai/916-554-2716 |
| Attorney of Record for: | United States of America |

### WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 7/30/14

_____
Honorable Dale A. Drozd
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Miguel Alvarado Perez, Miguel Albarado Perez | ☒Male | ☐Female |
| Booking or CDC #: | AS4966 | DOB: | 9/29/74 |
| Facility Address: | 23500 Kasson Road, Tracy, CA 95376 | Race: | |
| Facility Phone: | 209-835-4141 | FBI#: | |
| Currently | | | |

### RETURN OF SERVICE

Executed on: _____     _____
                                                     (signature)