HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: 916.498.5700/Fax: 916-498-5710
michael.petrik@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 11-238 JAM |
|---|---|
| Plaintiff, | ) ORDER FOR COMPETENCY EVALUATION  ) UNDER 18 U.S.C. § 4241(d) |
| v. | ) |
| MIGUEL PEREZ-ALVARADO, | ) Date: September 30, 2014  ) Time: 9:30 a.m.  ) Judge: Hon. John A. Mendez |
| Defendant. | ) |

This matter came before the Court for status conference on September 30, 2014.  Counsel for Mr. Perez requested that the Court order a competency evaluation of Mr. Perez.

Based on the representations of defense counsel, this Court finds that reasonable cause exists to believe that Mr. Perez may presently suffer from a mental disease or defect that may render him incompetent to the extent that he is (1) unable to understand the nature and consequences of the proceedings against him, or (2) to assist properly in his defense.

///

///

///

///

///

///

Therefore, pursuant to 18 U.S.C. § 4241(b), this Court commits Mr. Perez to the custody of the Bureau of Prisons for a psychological or psychiatric examination in accordance with 18 U.S.C. § 4247(b), to be conducted in a suitable facility.  The Court further orders the Bureau of Prisons to submit to the Court a report in accordance with 18 U.S.C. § 4247(c)  regarding such examination.

Dated:  October 8, 2014

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge