BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-0238 JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MIGUEL PEREZ-ALVARADO, | DATE: none presently set<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby agree and stipulate to, and request that the Court find, the following:

1. On September 30, 2014, the parties appeared in Court, and the defendant was ordered and referred to the U.S. Bureau of Prisons for an in-custody mental health evaluation (Dkt. No. 12).

2. On January 14, 2015, counsel for the government was informed that the defendant had been returned to custody in Sacramento, California.

3. On January 15, 2015, the forensic evaluation report of the defendant's mental health evaluation was made available to the parties by the Court.

4. By this stipulation, the parties request that this matter be placed on the Court's calendar for a status conference on February 3, 2015, at 9:30 a.m., and to exclude time between September 30,

2014, *nunc pro tunc*, and February 3, 2015, under Local Codes A and T4.  The parties will require time to review the report in advance of the status conference, and the defendant's counsel will require time to discuss the report with his client in light of the discovery produced to date.

     5.     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

     6.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 30, 2014, *nunc pro tunc*, to February 3, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(A) [Local Code A], and 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4], because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

     7.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

     IT IS SO STIPULATED.

Dated:  January 15, 2015                    BENJAMIN B. WAGNER
                                             United States Attorney

                                             /s/ NIRAV K. DESAI
                                             NIRAV K. DESAI
                                             Assistant United States Attorney

Dated:  January 15, 2015                    /s/ Nirav K. Desai for Michael Petrik, as authorized on January 15, 2015
                                             MICHAEL PETRIK
                                             Assistant Federal Defender
                                             Counsel for Defendant

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 16th day of January, 2015

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3