BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-0238 JAM |
|---|---|
| Plaintiff, | ORDER RE: MENTAL COMPETENCY OF DEFENDANT |
| v. | |
| MIGUEL PEREZ-ALVARADO, | |
| Defendant. | |

On September 30, 2014, the parties appeared in Court, and the defendant was ordered and referred to the Federal Bureau of Prisons for an in-custody mental health evaluation (Dkt. No. 12). On January 15, 2015, the forensic evaluation report of the defendant's mental health evaluation was made available to the parties by the Court; the report is dated December 31, 2014, and was transmitted to the Court by a letter dated January 13, 2015. This matter came before the Court on March 10, 2015, for a status conference regarding the matter of the defendant's mental competency, and the parties submitted on the forensic evaluation report. Having considered the forensic evaluation report, the Court HEREBY FINDS by a preponderance of the evidence that the defendant is not suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and

///

///

///

consequences of the proceedings against him or to assist properly in his defense. This matter has already been set for a further status conference on April 21, 2015.

IT IS SO ORDERED.

Dated: March 16, 2015

/s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE