HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
michael_petrik@fd.org

Attorney for Defendant
MIGUEL PEREZ-ALVARADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:11-cr-00238 JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND EXCLUDE TIME |
| vs. | |
| MIGUEL PEREZ-ALVARADO, | Date: April 21, 2015<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through, Assistant United States Attorney Katherine Lydon, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Michael Petrik, attorney for Miguel Perez-Alvarado, that the status conference scheduled for April 21, 2015 be continued to May 26, 2015 at 9:15 a.m.

The grounds for the continuance are that Defense counsel requires further time to review discovery, investigate, and confer with Mr. Perez.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including May 26, 2015;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: April 16, 2015

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

*/s/ Michael Petrik*
MICHAEL PETRIK, Jr.
Assistant Federal Defender
Attorney for Miguel Perez-Alvarado

DATED: April 16, 2015

BENJAMIN B. WAGNER
United States Attorney

*/s/ Michael Petrik for*
KATHERINE LYDON
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including May 26, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the April 21, 2015 status conference shall be continued to May 26, 2015, at 9:15 a.m.

Dated:  April 17, 2015

*/s/ John A. Mendez*

HON. JOHN A. MENDEZ
United States District Court Judge