HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
michael_petrik@fd.org

Attorney for Defendant
MIGUEL PEREZ-ALVARADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  11-238 JAM |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO JULY 28, 2015, AND TO EXCLUDE TIME |
| v. | ) ) | |
| MIGUEL PEREZ-ALVARADO, | ) ) | Date:   June 16, 2015 Time:   9:15 a.m. |
| Defendant. | ) ) ) | Judge: Hon. John A. Mendez |

THE PARTIES STIPULATE, by and between Benjamin Wagner, United States Attorney, through, Assistant United States Attorney Katherine Lydon, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Michael Petrik, Jr., attorney for Miguel Perez-Alvarado, that the Court should reschedule the status conference set for June 16, 2015, at 9:15 a.m., to July 28, 2015, at 9:15 a.m.

Defense counsel requires further time to review discovery, investigate, and confer with Mr. Perez.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    The parties agree the Court should exclude time under the Speedy Trial Act as of this order's date through and including July 28, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (reasonable time to prepare), and Local Code T4 (continuity of counsel and defense preparation).

DATED: June 15, 2015    Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

*/s/ Michael Petrik*
MICHAEL PETRIK, Jr.
Assistant Federal Defender
Attorney for Miguel Perez-Alvarado

DATED: June 15, 2015    BENJAMIN B. WAGNER
United States Attorney

*/s/ Michael Petrik for*
KATHERINE LYDON
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance and these ends outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled to July 28, 2015, at 9:15 a.m. The Court orders the time from the date the parties stipulated, up to and including July 28, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4.

Dated: June 15, 2015    /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge