| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MICHAEL PETRIK, Jr., #177913 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA  95814 |
| 4 | (916) 498-5700 |
| | michael_petrik@fd.org |
| 5 | |
| | Attorney for Defendant |
| 6 | MIGUEL PEREZ-ALVARADO |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  11-238 JAM |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | CONTINUE STATUS CONFERENCE TO |
| v. | ) | SEPTEMBER 8, 2015, AND TO EXCLUDE TIME |
| | ) | |
| MIGUEL PEREZ-ALVARADO, | ) | Date:   August 25, 2015 |
| | ) | Time:   9:15 a.m. |
| Defendant. | ) | Judge: Hon. John A. Mendez |
| | ) | |

THE PARTIES STIPULATE, by and between Benjamin Wagner, United States Attorney, through, Assistant United States Attorney Katherine Lydon, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Michael Petrik, Jr., attorney for Miguel Perez-Alvarado, that the Court should reschedule the status conference set for August 25, 2015, at 9:15 a.m., to September 8, 2015, at 9:15 a.m.

Defense counsel requires further time to review discovery, investigate, and confer with Mr. Perez regarding a proposed plea agreement.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The parties agree the Court should exclude time under the Speedy Trial Act as of this order's date through and including September 8, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (reasonable time to prepare), and Local Code T4 (continuity of counsel and defense preparation).

DATED: August 24, 2015              Respectfully submitted,
                                    HEATHER E. WILLIAMS
                                    Federal Defender

                                    */s/ Michael Petrik*
                                    MICHAEL PETRIK, Jr.
                                    Assistant Federal Defender
                                    Attorney for Miguel Perez-Alvarado

DATED: August 24, 2015              BENJAMIN B. WAGNER
                                    United States Attorney

                                    */s/ Michael Petrik for*
                                    KATHERINE LYDON
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice served by granting the requested continuance and these ends outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled to September 8, 2015, at 9:15 a.m. The Court orders the time from the date the parties stipulated, up to and including September 8, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4.

Dated:  August 24, 2015                     /s/ John A. Mendez

                                            HON. JOHN A. MENDEZ
                                            United States District Court Judge